UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

## CIVIL STANDING ORDER FOR
## MAGISTRATE JUDGE MARIA-ELENA JAMES
(Revised February 19, 2014)

Parties shall comply with the procedures in the Federal Rules of Civil or Criminal Procedure, the Northern District of California's Local Rules and General Orders, and this Standing Order, all of which are available at http://www.cand.uscourts.gov.  Failure to comply with any of the rules or orders may be grounds for monetary sanctions, dismissal, entry of judgment, or other appropriate sanctions.

**UNREPRESENTED (PRO SE) PARTIES**

Parties representing themselves should visit the pro se link on the Court's homepage, http://www.cand.uscourts.gov/proselitigants. This section includes the Court's Pro Se Handbook and discusses the Legal Help Center, a free service for unrepresented parties, where you can speak with an attorney who may be able to provide basic legal help but not representation.

**SCHEDULING**

Civil law and motion is heard on Thursdays at 10:00 a.m.  All motions (except criminal duty matters) shall be noticed for any available Thursday.  The parties may confirm availability at http://www.cand.uscourts.gov/mej.  Any scheduling questions should be directed to Judge James' Courtroom Deputy, Rose Maher, at mejcrd@cand.uscourts.gov or (415) 522-4708.

**DISCOVERY**

Discovery disputes are governed by Judge James' Discovery Standing Order, available at http://www.cand.uscourts.gov/mejorders.

**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

The parties shall file a written consent to proceed before a magistrate judge or request for reassignment to a district judge as soon as possible, but no later than the deadlines specified in Civil Local Rule 73-1.  If a party files a dispositive motion, the moving party must file the consent/declination simultaneously with the motion.  The consent/declination form is available at http://www.cand.uscourts.gov/civilforms.

**CASE MANAGEMENT CONFERENCE**

Counsel shall meet and confer prior to the Case Management Conference and file a joint statement no later than seven days prior to the conference.  The statement shall address the information contained in the Standing Order for All Judges of the Northern District of California, which is available http://www.cand.uscourts.gov/mejorders.

**CHAMBERS COPIES AND PROPOSED ORDERS**

The parties do not need to submit chambers copies, with the exception of documents that (1) are related to a pending motion and/or discovery dispute <u>and</u> (2) exceed 10 pages when combined. (For example, if there is a 20-page stipulation and proposed order, no chambers copy is required.)  For these documents only, the submitting party shall comply with Civil Local Rule 5-1(e)(7).  All chambers copies should be double-sided (when possible) and include (1) the ECF running header at the top of each page, and (2) exhibits, if any, that are clearly delineated with tabbed dividers.  These printed copies shall be marked "Chambers Copy" and submitted to the <u>Clerk's Office</u> (not chambers), in an envelope marked with "Magistrate Judge James," the case number, and "Chambers Copy."

Any proposed order in a case subject to electronic filing shall be emailed in Word format to mejpo@cand.uscourts.gov.  This address is to be used only for proposed orders unless otherwise directed by the Court.  No chambers copy of a proposed order is required.

**IT IS SO ORDERED.**

_____
MARIA-ELENA JAMES
United States Magistrate Judge