1 JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
2 SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
3 ANGEL CHIANG (CSB No. 280546)
achiang@fenwick.com
4 FENWICK & WEST LLP
555 California Street, 12th Floor
5 San Francisco, CA 94104
Telephone:  415.875.2300
6 Facsimile:  415.281.1350

7 Attorneys for Plaintiff
THERANOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THERANOS, INC.,<br><br>                  Plaintiff,<br><br>         v.<br><br>BECTON DICKINSON AND COMPANY,<br><br>                  Defendant. | Case No.: 3:14-cv-04880-MEJ<br><br>**PLAINTIFF THERANOS, INC.'S FED. R. CIV. PROC. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Action Filed:  November 3, 2014 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Theranos, Inc. ("Theranos") hereby advises the Court that Theranos does not have any parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  November 14, 2014              FENWICK & WEST LLP

                                       By:  */s/ Sean S. Wikner*
                                            Sean S. Wikner

                                       Attorneys for Plaintiff
                                       THERANOS, INC.