AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Theranos, Inc. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3-14-cv-04880 MEJ |
| Becton, Dickinson and Company | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Becton, Dickinson and Company
1 Becton Drive
Franklin Lakes, New Jersey 07417-1880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jedediah Wakefield
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Richard W. Wieking*

Date: 11/05/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3-14-cv-04880 MEJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Becton, Dickinson and Company**
was received by me on *(date)* **November 14, 2014**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: By agreement of the parties, I electronically served on the individuals below the documents listed on Attachment A:
John P. Margiotta, Esq.                     Emily Weiss, Esq.
jmargiotta@fzlz.com                         eweiss@fzlz.com

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 14, 2014

*Server's signature*

Marti Guidoux, Legal Assistant
*Printed name and title*

801 California Street, Mountain View, CA
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A to Proof of Service**

**Documents Served**

1. Summons in a Civil Action

2. Complaint for Declaratory Relief

3. Civil Cover Sheet

4. Report on the Filing or Determination of an Action Regarding Patent or Trademark

5. Order Setting Initial Case Management Conference and ADR Deadlines

6. Standing Order for All Judges of the Northern District of California:  Contents of Joint Case Management Statement

7. Civil Standing Order for Magistrate Judge Maria-Elena James

8. Discovery Standing Order for Magistrate Judge Maria-Elena James

9. Consent or Declination to Magistrate Judge Jurisdiction

10. Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

11. ECF Registration Information Handout

12. ADR Dispute Resolution Procedures in the Northern District of California

13. Plaintiff Theranos, Inc.'s Fed. R. Civ. Proc. 7.1 Disclosure Statement and Civil L.R. 3-15 Certification of Interested Entities or Persons