JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
ANGEL CHIANG (CSB No. 280546)
achiang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID BOIES (*admitted pro hac vice*)
dboies@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: 914.749.8200
Facsimile: 914.749.8300

PARKER H. BAGLEY (*admitted pro hac vice*)
pbagley@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
Telephone: 212.446.2300
Facsimile: 212.446.2350

Attorneys for Plaintiff
THERANOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECTON DICKINSON AND COMPANY, <br><br> Defendant. | Case No.: 3:14-cv-04880-MEJ <br><br> **PLAINTIFF THERANOS, INC.'S ANSWER AND DEFENSES TO BECTON DICKINSON'S COUNTERCLAIMS** <br><br> <u>**DEMAND FOR JURY TRIAL**</u> |

Plaintiff Theranos, Inc. responds to Defendant Becton, Dickinson and Company's ("BD") Counterclaims as follows:

## NATURE OF THE ACTION

1. Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Counterclaims and therefore denies them, except Theranos admits that BD sells certain products for use in the medical field, including containers used to collect blood samples.

2. Theranos admits that it manufactures and promotes containers for blood under the NANOTAINER mark, but otherwise denies the allegations in paragraph 2 of the Counterclaims.

3. Theranos admits that BD purports to seek the claims for relief summarized in paragraph 3 of the Counterclaims, but denies all remaining allegations in Paragraph 3 of the Counterclaims, including that BD is entitled to the relief it seeks.

## JURISDICTION AND VENUE

4. Theranos admits that this Court has subject matter jurisdiction with respect to BD's counterclaims.

5. Theranos admits the Court has personal jurisdiction over Theranos.

6. Theranos admits that it resides in this district and that venue is appropriate in this district, but denies all remaining allegations contained in Paragraph 6 of the Counterclaims.

## PARTIES

7. Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Counterclaims and therefore denies them.

8. Theranos admits that it is a Delaware corporation with its principal place of business in Palo Alto, California. Theranos denies that its principal place of business is at 1601 South California Avenue, Palo Alto, California 94304.

## ALLEGED FACTS

9. Theranos lacks knowledge or information sufficient to form a belief as to as to the truth of the allegations in paragraph 9 of the Counterclaims and therefore denies them, except Theranos admits that BD sells certain products for use in the medical field.

1    10.    Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Counterclaims and therefore denies them, except Theranos admits that BD sells certain products for use in the medical field.

11.    Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Counterclaims and therefore denies them.

12.    Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Counterclaims and therefore denies them.

13.    Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Counterclaims and therefore denies them.

14.    Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Counterclaims and therefore denies them.

15.    Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Counterclaims and therefore denies them.

16.    Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Counterclaims and therefore denies them.

17.    Theranos admits that BD purports to be the owner of the trademark registrations for MICROTAINER and BD MICROTAINER as identified in Paragraph 17 of the Counterclaims, but otherwise denies the remaining allegations in paragraph 17 of the Counterclaims.

18.    Paragraph 18 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Counterclaims.

19.    Theranos denies that the term MICROTAINER has become associated exclusively with BD. Theranos lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 19 of the Counterclaims and therefore denies them.

20.    Theranos admits that it operates Wellness Centers where blood is collected and sent to Theranos's laboratory for testing. Theranos lacks knowledge or information sufficient to form a belief as to whether doctors collect blood samples in their own offices and send them to

THERANOS'S ANSWER & DEFENSES TO
BD'S COUNTERCLAIMS                     3                      CASE NO. 3:14-cv-04880-MEJ

the Theranos laboratory for testing.  Theranos denies the remaining allegations in paragraph 20 of the Counterclaims.

21. Theranos admits that it manufactures a blood collection tube promoted under the NANOTAINER mark in connection with Theranos's blood testing services, but Theranos lacks knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 21 of the Counterclaims and therefore denies them.

22. Theranos denies all allegations contained in paragraph 22 of the Counterclaims.

23. Theranos lacks knowledge or information sufficient to form a belief as to the truth of BD's allegations regarding its sales and marketing efforts, and consumer familiarity with BD MICROTAINER and therefore denies them.  Theranos denies the remaining allegations in paragraph 23 of the Counterclaims.

24. Theranos admits that its website promotes Theranos's services to healthcare providers on the "Providers" tab of the website, including at http://www.theranos.com/easy-integration,which speaks for itself.  Theranos denies all remaining allegations in paragraph 24 of the Counterclaims.

25. Theranos denies the allegations in paragraph 25 in the Counterclaims.

26. Theranos admits that both NANOTAINER and the term MICROTAINER contain the suffix –TAINER, but Theranos denies the remaining allegations in paragraph 26 of the Counterclaims.

27. Theranos denies the allegations in paragraph 27 of the Counterclaims.

28. Theranos denies the allegations in paragraph 28 of the Counterclaims.

29. Theranos denies the allegations in paragraph 29 of the Counterclaims.  In particular, Theranos denies this allegation to the extent that it suggests that Theranos's laboratory services require Food and Drug Administration ("FDA") approval or clearance, which they do not.

30. Theranos admits that it filed a trademark application (Serial No. 85/606,345) (the "Application") with the United States Patent and Trademark Office on April 24, 2012 to register the NANOTAINER mark for use on the goods and services identified in the Application.

THERANOS'S ANSWER & DEFENSES TO
BD'S COUNTERCLAIMS                4                CASE NO. 3:14-cv-04880-MEJ

Theranos admits that BD opposed the Application with the USPTO's Trademark Trial and Appeals Board, and that the proceeding remains pending but has been suspended.

## COUNTERCLAIM COUNT ONE

31. Theranos incorporates and restates its responses to the allegations in paragraphs 1-31 of the Counterclaims.

32. Theranos lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Counterclaims and therefore denies them.

33. Theranos denies the allegations in paragraph 33 of the Counterclaims.

34. Paragraph 34 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 34 of the Counterclaims.

35. Paragraph 35 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 35 of the Counterclaims.

36. Paragraph 36 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 36 of the Counterclaims.

## COUNTERCLAIM COUNT TWO

37. Theranos incorporates and restates its responses to the allegations set forth in paragraphs 1-36 of the Counterclaims.

38. Theranos denies the allegations in paragraph 38 of the Counterclaims.

39. Paragraph 39 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 39 of the Counterclaims.

40. Paragraph 40 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 40 of the Counterclaims.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

41. Paragraph 41 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 41 of the Counterclaims.

42. Paragraph 42 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 42 of the Counterclaims.

**COUNTERCLAIM COUNT THREE**

43. Theranos incorporates and restates its responses to the allegations set forth in paragraphs 1-42 of the Counterclaims.

44. Paragraph 44 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 44 of the Counterclaims.

45. Paragraph 45 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 45 of the Counterclaims.

46. Paragraph 46 contains legal conclusions to which no response is required. To the extent that a response is required, Theranos denies the allegations in paragraph 46 of the Counterclaims.

**BD's PRAYER FOR RELIEF**

Theranos denies that BD is entitled to any relief requested or to any relief whatsoever. Unless expressly admitted elsewhere in this Answer, Theranos denies all allegations in the Counterclaims, including any headers or titles.

**AFFIRMATIVE DEFENSES**

Theranos asserts the following affirmative defenses to BD's Counterclaims 1-3. In so doing, Theranos does not assume any burden of proof on any issue that is BD's burden as a matter of law. Theranos also reserves the right to amend or supplement these defenses as additional facts become known.

## FIRST AFFIRMATIVE DEFENSE – FAILURE TO STATE A CLAIM

1. BD's claims are barred in whole or in part because the Counterclaims fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE – NO LIKELIHOOD OF CONFUSION

2. BD's claims are barred in whole or in part because, upon information and belief, there is no likelihood that any relevant consumers would be confused, mistaken, or deceived into believing that NANOTAINER products and services are affiliated, connected, or otherwise associated with BD, or that BD is sponsoring or has otherwise approved of Theranos's NANOTAINER.

## THIRD AFFIRMATIVE DEFENSE – MICROTAINER IS GENERIC AND NOT PROTECTABLE

3. BD's claims are barred in whole or in part because, upon information and belief, MICROTAINER has become a generic term and cannot serve to indicate a unique source for blood collection tubes and related products. BD's registration for MICROTAINER is thus invalid and unenforceable for failing to comply with one or more of the requirements of registration for trademark protection as required by the USPTO and the Lanham Act, and its registration for BD MICROTAINER is limited accordingly.

## FOURTH AFFIRMATIVE DEFENSE – FAILURE TO MITIGATE

4. Without admitting that the Counterclaims states a claim or that damages exist, Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate damages.

## ADDITIONAL DEFENSES

5. Theranos reserves the right to assert additional affirmative defenses based on information learned through discovery or further investigation.

# PRAYER FOR RELIEF

WHEREFORE, Theranos respectfully requests this Court to enter judgment for Theranos and against BD as follows:

A. Dismissing BD's counterclaims with prejudice;

B. Awarding Theranos its costs and attorneys' fees for this exceptional case under the Lanham Act; and

C. Granting such additional relief as the Court may deem appropriate.

Dated: December 23, 2014    FENWICK & WEST LLP


By: /s/ Jedediah Wakefield
    Jedediah Wakefield
    Sean S. Wikner
    Angel Chiang
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    Facsimile: 415.281.1350

BOIES, SCHILLER & FLEXNER LLP

DAVID BOIES (*admitted pro hac vice*)
dboies@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: 914.749.8200
Facsimile: 914.749.8300

PARKER H. BAGLEY (*admitted pro hac vice*)
pbagley@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
Telephone: 212.446.2300
Facsimile: 212.446.2350

Attorneys for Plaintiff
THERANOS, INC.

# DEMAND FOR JURY TRIAL

Theranos hereby demands trial by jury on all issues and claims so triable.

Dated: December 23, 2014　　FENWICK & WEST LLP

By: /s/ Jedediah Wakefield
　　Jedediah Wakefield
　　Sean S. Wikner
　　Angel Chiang
　　FENWICK & WEST LLP
　　555 California Street, 12th Floor
　　San Francisco, CA 94104
　　Telephone: 415.875.2300
　　Facsimile: 415.281.1350

BOIES, SCHILLER & FLEXNER LLP

　　DAVID BOIES (*admitted pro hac vice*)
　　dboies@bsfllp.com
　　BOIES, SCHILLER & FLEXNER LLP
　　333 Main Street
　　Armonk, NY 10504
　　Telephone: 914.749.8200
　　Facsimile: 914.749.8300

　　PARKER H. BAGLEY (*admitted pro hac vice*)
　　pbagley@bsfllp.com
　　BOIES, SCHILLER & FLEXNER LLP
　　575 Lexington Avenue
　　7th Floor
　　New York, NY 10022
　　Telephone: 212.446.2300
　　Facsimile: 212.446.2350

　　Attorneys for Plaintiff
　　THERANOS, INC.

SF/5499316.10