| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
| | jwakefield@fenwick.com |
| 2 | SEAN S. WIKNER (CSB No. 268319) |
| | swikner@fenwick.com |
| 3 | ANGEL CHIANG (CSB No. 280546) |
| 4 | achiang@fenwick.com |
| | FENWICK & WEST LLP |
| 5 | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| 6 | Telephone: 415.875.2300 |
| 7 | Facsimile: 415.281.1350 |
| 8 | DAVID BOIES (*admitted pro hac vice*) |
| | dboies@bsfllp.com |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | 333 Main Street |
| 10 | Armonk, NY 10504 |
| | Telephone: 914.749.8200 |
| 11 | Facsimile: 914.749.8300 |
| 12 | PARKER H. BAGLEY (*admitted pro hac vice*) |
| | pbagley@bsfllp.com |
| 13 | BOIES, SCHILLER & FLEXNER LLP |
| 14 | 575 Lexington Avenue, 7th Floor |
| | New York, NY 10022 |
| 15 | Telephone: 212.446.2300 |
| | Facsimile: 212.446.2350 |
| 16 | |
| 17 | MEREDITH R. DEARBORN (SBN No. 268312) |
| | mdearborn@bsfllp.com |
| 18 | BOIES, SCHILLER & FLEXNER LLP |
| | 1999 Harrison Street, Suite 900 |
| 19 | Oakland, CA 94612 |
| | Telephone: 510.874.1000 |
| 20 | Facsimile: 510.874.1460 |
| 21 | *Attorneys for Plaintiffs* |
| | THERANOS, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERANOS, INC., | Case No. 3:14-cv-04880-MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE OF** |
| v. | **ATTORNEY MEREDITH R. DEARBORN** |
| BECTON DICKINSON AND COMPANY, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Meredith R. Dearborn, California Bar No. 268312 (mdearborn@bsfllp.com) of Boies, Schiller & Flexner LLP, hereby enters her appearance in the above-captioned matter as counsel for Plaintiff Theranos, Inc.

Dated: January 14, 2015                          BOIES, SCHILLER & FLEXNER LLP

                                                                         By:    */s/ Meredith R. Dearborn*
                                                                                   Meredith R. Dearborn

*Attorney for Plaintiff*
THERANOS, INC.