# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

_____,
                  Plaintiff(s),

          v.

_____,
                  Defendant(s).

_____/

CASE NO. _____

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

          Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐          Non-binding Arbitration (ADR L.R. 4)
☐          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐          Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐          Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
☐          the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐          other requested deadline _____


Dated:_____                          _____
                                            Attorney for Plaintiff


Dated:_____                          _____
                                            Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☐          The parties' stipulation is adopted and IT IS SO ORDERED.

☐          The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:                              _____

                                            UNITED STATES                JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Sean S. Wikner, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS. In compliance with Local Rule 5-1, I hereby attest that the other signatory whose e-signature appears above has concurred with this filing.


Dated: January 15, 2015

/s/ Sean S. Wikner
Sean S. Wikner

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO