JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
ANGEL CHIANG (CSB No. 280546)
achiang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID BOIES (*admitted pro hac vice*)
dboies@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: 914.749.8200
Facsimile: 914.749.8300

PARKER H. BAGLEY (*admitted pro hac vice*)
pbagley@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
Telephone: 212.446.2300
Facsimile: 212.446.2350

Attorneys for Plaintiff
THERANOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECTON DICKINSON AND COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 3:14-cv-04880-MEJ <br><br> **ADR CERTIFICATION BY PARTY AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 15, 2015    FENWICK & WEST LLP

By: */s/ Sean S. Wikner*
    Sean S. Wikner

Attorneys for Plaintiff and Counter-Defendant
THERANOS, INC.

Dated: January 15, 2015    THERANOS, INC.

By: */s/ Hao Tung*
    Hao Tung

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Sean S. Wikner, am the ECF User whose ID and password are being used to file this ADR CERTIFICATION BY PARTY AND COUNSEL. In compliance with Local Rule 5-1, I hereby attest that the other signatory whose e-signature appears above has concurred with this filing.

Dated: January 15, 2015

*/s/ Sean S. Wikner*
Sean S. Wikner