JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
ANGEL CHIANG (CSB No. 280546)
achiang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID BOIES (*admitted pro hac vice*)
dboies@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: 914.749.8200
Facsimile: 914.749.8300

PARKER H. BAGLEY (*admitted pro hac vice*)
pbagley@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
Telephone: 212.446.2300
Facsimile: 212.446.2350

Attorneys for Plaintiff
THERANOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECTON DICKINSON AND COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 3:14-cv-04880-MEJ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br><br> Trial Date: None Set <br> Date Action Filed: November 3, 2014 |

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Dated: January 15, 2015        FENWICK & WEST LLP

By: */s/ Sean S. Wikner*
    Sean S. Wikner
    Jedediah Wakefield
    Angel Chiang
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    Facsimile: 415.281.1350

BOIES, SCHILLER & FLEXNER LLP

    DAVID BOIES (*admitted pro hac vice*)
    dboies@bsfllp.com
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, NY 10504
    Telephone: 914.749.8200
    Facsimile: 914.749.8300

    PARKER H. BAGLEY (*admitted pro hac vice*)
    pbagley@bsfllp.com
    BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue
    7th Floor
    New York, NY 10022
    Telephone: 212.446.2300
    Facsimile: 212.446.2350

    Attorneys for Plaintiff and Counter-Defendant
    THERANOS, INC.