IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERANOS INC, <br><br>   Plaintiff, <br><br> v. <br><br> BECTON DICKINSON AND COMPANY, <br><br>   Defendant. | No. C 14-04880 WHA <br><br> **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **March 12, 2015 at 11:00 a.m.** before the Honorable William Alsup. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 17, 2015

FOR THE COURT,
Richard W. Wieking, Clerk

By: _____
Dawn K. Toland
Deputy Clerk to the
Honorable William Alsup