STEVEN R. BLACKBURN (State Bar No. 154797)
sblackburn@ebglaw.com
MATTHEW A. GOODIN (State Bar No. 169674)
mgoodin@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street
San Francisco, California 94111
Tel:    (415) 398-3500
Fax:   (415) 398-0955

JOHN P. MARGIOTTA (admitted *pro hac vice*)
jmargiotta@fzlz.com
EMILY WEISS (admitted *pro hac vice*)
eweiss@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel:    (212) 813-5900
Fax:   (212) 813-5901

Attorneys for Defendant and Counter-Plaintiff
BECTON, DICKINSON AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, <br><br> Defendant. | Case No.: 3:14-cv-04880-WHA <br><br> **DEFENDANT AND COUNTER-PLAINTIFF BECTON, DICKINSON AND COMPANY'S FED. R. CIV. P. 7.1 STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| BECTON, DICKINSON AND COMPANY, <br><br> Counter-Plaintiff, <br><br> v. <br><br> THERANOS, INC., <br><br> Counter-Defendant. | Action Filed: November 3, 2014 |

{F1609813.2 }

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counter-Plaintiff Becton, Dickinson and Company states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 26, 2015

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
John P. Margiotta (admitted *pro hac vice*)
Emily Weiss (admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Tel:  (212) 813-5900
Fax:  (212) 813-5901
Email: jmargiotta@fzlz.com
       eweiss@fzlz.com

Steven R. Blackburn (sblackburn@ebglaw.com)
Matthew A. Goodin (mgoodin@ebglaw.com)
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street
San Francisco, California 94111
Tel:  (415) 398-3500
Fax:  (415) 398-0955
Email: sblackburn@ebglaw.com
       mgoodin@ebglaw.com

*Attorneys for Defendant and Counter-Plaintiff Becton, Dickinson and Company*