1  STEVEN R. BLACKBURN (State Bar No. 154797)
   sblackburn@ebglaw.com
2  MATTHEW A. GOODIN (State Bar No. 169674)
   mgoodin@ebglaw.com
3  EPSTEIN BECKER & GREEN, P.C.
   655 Montgomery Street
4  San Francisco, California 94111
   Tel:   (415) 398-3500
5  Fax:   (415) 398-0955

6
   JOHN P. MARGIOTTA (admitted *pro hac vice*)
7  jmargiotta@fzlz.com
   EMILY WEISS (admitted *pro hac vice*)
8  eweiss@fzlz.com
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
9  866 United Nations Plaza
   New York, New York 10017
10 Tel:   (212) 813-5900
   Fax:   (212) 813-5901
11
   Attorneys for Defendant and Counter-Plaintiff
12 BECTON, DICKINSON AND COMPANY

13
14                     UNITED STATES DISTRICT COURT
15                     NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
16

| | |
|---|---|
| 17  THERANOS, INC., | |
| 18             Plaintiff, | Case No.: 3:14-cv-04880-WHA |
| 19             v. | **STIPULATION AND [PROPOSED ORDER] TO ALLOW COUNSEL** |
| 20  BECTON, DICKINSON AND COMPANY, | **FOR BECTON, DICKINSON AND COMPANY TO APPEAR** |
| 21             Defendant. | **TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |
| 22 | |
| 23  BECTON, DICKINSON AND COMPANY, | Action Filed: November 3, 2014 |
| 24             Counter-Plaintiff, | |
| 25             v. | |
| 26  THERANOS, INC., | |
| 27             Counter-Defendant. | |

28

{F1639226.1 }

**CASE NO. 3:14-CV-04880-WHA**    STIPULATION AND [PROPOSED ORDER] TO ALLOW COUNSEL FOR BECTON,
                                   DICKINSON AND COMPANY TO APPEAR TELEPHONICALLY AT INITIAL CONFERENCE

WHEREAS the Initial Case Management Conference in this action is scheduled for March 12, 2015 at 11:00 A.M.

WHEREAS John Margiotta, who serves as lead counsel for Defendant and Counterclaim-Plaintiff Becton, Dickinson and Company in this action, lives and works in New York, New York;

THEREFORE, pursuant to Civil L.R. 7-11, 7-12, and 16-10, the parties, by and through the undersigned counsel, hereby request by stipulation that the Court allow Mr. Margiotta to appear at the Initial Case Management Conference by telephone.

IT IS SO STIPULATED.

Dated:   March 5, 2015         FENWICK & WEST LLP


                               By:  /s/ Sean Wikner
                                    Sean Wikner

                                    Attorneys for Plaintiff and Counter-Defendant
                                    THERANOS, INC.

Dated:   March 5, 2015         FROSS ZELNICK LEHRMAN & ZISSU, P.C.


                               By:  /s/ John Margiotta
                                    John Margiotta (admitted *pro hac vice*)

                                    Attorneys for Defendant and Counter-Plaintiff
                                    BECTON, DICKINSON AND COMPANY

{F1639226.1}

1

CASE NO. 3:14-CV-04880-WHA    STIPULATION AND [PROPOSED ORDER] TO ALLOW COUNSEL FOR BECTON, DICKINSON AND COMPANY TO APPEAR TELEPHONICALLY AT INITIAL CONFERENCE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, John P. Margiotta, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER] TO ALLOW COUNSEL FOR BECTON, DICKINSON AND COMPANY TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE.  In compliance with Civil L.R. 5-1, I hereby attest that the other signatory whose e-signature appears above has concurred with this filing.

Dated:   March 5, 2015             FROSS ZELNICK LEHRMAN & ZISSU, P.C.


                                    By:  /s/ John Margiotta
                                         John Margiotta

                                         Attorneys for Defendant and Counter-Claimant
                                         BECTON, DICKINSON AND COMPANY

{F1639226.1 }

2

CASE NO. 3:14-CV-04880-WHA           STIPULATION AND [PROPOSED ORDER] TO ALLOW COUNSEL FOR BECTON, DICKINSON AND COMPANY TO APPEAR TELEPHONICALLY AT INITIAL CONFERENCE

# [PROPOSED] ORDER

The Court, having considered the parties' stipulation and good cause appearing, hereby orders that John P. Margiotta may appear telephonically at the Initial Case Management Conference on March 12, 2015 at 11:00 A.M.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2015       By: _____
                                        William H. Alsup
                                        United States District Judge
                                        Northern District of California