IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERANOS INC.,

    Plaintiff,

  v.

BECTON DICKINSON AND COMPANY,

    Defendant.
_____/

BECTON, DICKINSON AND COMPANY,

    Counter-Plaintiff,

  v.

THERANOS, INC.,

    Counter-Defendant.
_____/

No. C 14-04880 WHA

**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** defendant's request to attend the case management conference by telephone. Both sides shall please personally attend the case management conference, pursuant to the Court's standing order.

**IT IS SO ORDERED.**

Dated: March 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE