**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL MINUTES

JUDGE WILLIAM ALSUP

Date:  March 12, 2015                                        Total Hearing Time: 14 minutes

Case No.  C14-04880 WHA

Title:  THERANOS INC v. BECTON DICKINSON AND COMPANY

Plaintiff Attorneys: Sean Wikner; Parker Bagley; Meredith Richardson Dearborn; Jedediah Wakefield

Defense Attorney(s): John Paul Margiotta

Deputy Clerk:  Dawn Toland                          Court Reporter: Debra Pas

**PROCEEDINGS**

1)  CMC - HELD

2)  _____

Complete Initial Disclosures (Rule 26): 3/31/15

Last Day to Seek Leave to Add/Amend: 5/29/15

Discovery Cutoff: 10/30/15

Last Day to File Motion: 12/3/15

Continued to ___ for Further Case Management Conference

Continued to  2/3/16 at 2:00 pm  for Pretrial Conference

Continued to  2/8/16 at 7:30 am  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to private mediation to be completed by 6/30/15.  Parties shall have the mediator selected by 3/31/15.