# EXHIBIT A

STEVEN R. BLACKBURN (State Bar No. 154797)
sblackburn@ebglaw.com
MATTHEW A. GOODIN (State Bar No. 169674)
mgoodin@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street
San Francisco, California 94111
Tel:    (415) 398-3500
Fax:   (415) 398-0955


JOHN P. MARGIOTTA (admitted *pro hac vice*)
jmargiotta@fzlz.com
EMILY WEISS (admitted *pro hac vice*)
eweiss@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel:    (212) 813-5900
Fax:   (212) 813-5901

Attorneys for Defendant and Counter-Plaintiff
BECTON, DICKINSON AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC.,<br><br>             Plaintiff,<br><br>        v.<br><br>BECTON, DICKINSON AND COMPANY ,<br><br>             Defendant. | Case No.:  3:14-cv-04880-WHA<br><br>**DEFENDANT AND COUNTER-PLAINTIFF BECTON, DICKINSON AND COMPANY'S INITIAL DISCLOSURES** |
| BECTON, DICKINSON AND COMPANY,<br><br>             Counter-Plaintiff,<br><br>        v.<br><br>THERANOS, INC.,<br><br>             Counter-Defendant. | Action Filed:  November 3, 2014 |

- Documents concerning sales of goods and services under Becton's MICROTAINER mark and the channels of trade therefor.
- Documents concerning Becton's advertising, promotion, and marketing of itself and its MICROTAINER mark, and the channels of advertising therefor.
- Documents showing Becton's annual sales and advertising and promotional expenditures for goods offered under its MICROTAINER mark.
- Documents concerning the nature of customers for goods offered under Becton's MICROTAINER mark.
- Becton's enforcement of its rights in the MICROTAINER mark.

All of the above-identified documents are located at one or more of Becton's respective business locations or at the offices of its counsel, Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, New York 10017.

III.  Damages

Becton shall seek the maximum monetary remedies permitted under 15 U.S.C. § 1117, namely, an amount equal to three times the amount of Theranos's profits or three times Becton's damages, whichever is greater, *plus* reasonable attorneys' fees *plus* pre-judgment interest.

Becton is not presently capable of estimating its damages since the amount is largely up to the discretion of the court.

IV.  Insurance

Becton currently is unaware of any insurance agreement applicable to this case.

Becton has not concluded its investigation of the facts relating to this case and has not completed formal discovery or preparation for trial.  Accordingly, information may exist that Becton does not yet have knowledge of or has not yet located, identified, or reviewed.  All of the foregoing disclosures are therefore based on such information currently known or available to Becton after a reasonable inquiry pursuant to Fed. R. Civ. P. 26(a)(1)(E).  Becton reserves the right to alter, amend, or supplement its disclosures herein pursuant to Fed. R. Civ. P. 26(e).

| | | |
|---|---|---|
| 1 | Dated: March 11, 2015 | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| 2 | | By: _____ |
| 3 | | John P. Margiotta (admitted *pro hac vice*)<br>Emily Weiss (admitted *pro hac vice*) |
| | | 866 United Nations Plaza |
| 4 | | New York, New York 10017 |
| | | Tel: (212) 813-5900 |
| 5 | | Fax: (212) 813-5901 |
| | | Email: jmargiotta@fzlz.com |
| 6 | | eweiss@fzlz.com |

Steven R. Blackburn (sblackburn@ebglaw.com)
Matthew A. Goodin (mgoodin@ebglaw.com)
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street
San Francisco, California 94111
Tel:  (415) 398-3500
Fax:  (415) 398-0955
Email: sblackburn@ebglaw.com
        mgoodin@ebglaw.com

*Attorneys for Defendant and Counter-Plaintiff Becton, Dickinson and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2015, a true and correct copy of the foregoing **Defendant and Counter-Plaintiff Becton, Dickinson and Company's Initial Disclosures** was served by e-mail at the following addresses:

Jedediah Wakefield
Sean Wikner
Angel Chiang
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
E-mail: jwakefield@fenwick.com
swikner@fenwick.com
achiang@fenwick.com

David Boies
BOIES, SCHILLER AND FLEXNER LLP
333 Main Street
Armonk, NY 10504
Email: dboies@bsfllp.com

Parker Bagley
BOIES, SCHILLER AND FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Email: pbagley@bsfllp.com

Meredith Dearborn
BOIES, SCHILLER AND FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Email: mdearborn@bsfllp.com

_____
Emily Weiss

{F1615228.2}