# EXHIBIT B

**From:** Jedediah Wakefield [mailto:JWakefield@Fenwick.com]
**Sent:** Wednesday, March 11, 2015 6:38 PM
**To:** 'John Margiotta'
**Cc:** Parker Bagley; Meredith Dearborn; Sean Wikner; Angel Chiang; Emily Weiss; Gina Peters
**Subject:** Theranos v BD: BD Initial Disclosures

John:

Thank you for sending over BD's initial disclosures. Unfortunately, BD has not complied with its obligation under Rule 26(a)(1)(A)(iii). That rule required BD to disclose a computation of each category of damages claimed and to produce documents or other evidence on which the computations are based.

BD's disclosure concerning damages states:

> Becton shall seek the maximum monetary remedies permitted under 15 U.S.C. § 1117, namely, an amount equal to three times the amount of Theranos's profits or three times Becton's damages,
> whichever is greater, *plus* reasonable attorneys' fees *plus* pre-judgment interest.

BD provides no computation of damages, no identification of lost sales or other theories of actual damages, and no documentation.

BD claims that it is "not presently capable of estimating its damages since the amount is largely up to the discretion of the court." The fact that Section 1117 gives courts discretion over certain aspects of damages does not excuse BD's Rule 26 disclosure obligations. Nor is it an excuse for BD to claim that it lacks complete information at this time. Even where some material concerning damages is unknown, Rule 26 requires disclosure of what is or should be known.

Please confirm that BD will (1) supplement its initial disclosures to provide a computation of damages, including (at a minimum) each theory of damages upon which it seeks to recover, and (2) produce all documents on which it bases its damages claims. Also, please let us know when BD will provide those supplemental disclosures.

We will be available to discuss this issue before or after the CMC tomorrow.

Thanks,

Jed



**JED WAKEFIELD**
Fenwick & West LLP
Partner, Litigation Group

✆ (415) 875-2331
📠 (415) 281-1350
✉ jwakefield@fenwick.com