# EXHIBIT C

STEVEN R. BLACKBURN (State Bar No. 154797)
sblackburn@ebglaw.com
MATTHEW A. GOODIN (State Bar No. 169674)
mgoodin@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street
San Francisco, California 94111
Tel:   (415) 398-3500
Fax:   (415) 398-0955

JOHN P. MARGIOTTA (admitted *pro hac vice*)
jmargiotta@fzlz.com
EMILY WEISS (admitted *pro hac vice*)
eweiss@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel:   (212) 813-5900
Fax:   (212) 813-5901

Attorneys for Defendant and Counter-Plaintiff
BECTON, DICKINSON AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, <br><br> Defendant. | Case No.: 3:14-cv-04880-WHA <br><br> **DEFENDANT AND COUNTER-PLAINTIFF BECTON, DICKINSON AND COMPANY'S AMENDED INITIAL DISCLOSURES** |
| BECTON, DICKINSON AND COMPANY, <br><br> Counter-Plaintiff, <br><br> v. <br><br> THERANOS, INC., <br><br> Counter-Defendant. | Action Filed: November 3, 2014 |

{F1657574.1}

CASE NO. 3:14-CV-04880-WHA          DEFENDANT AND COUNTER-PLAINTIFF'S AMENDED INITIAL DISCLOSURES

- Documents concerning sales of goods and services under Becton's MICROTAINER mark and the channels of trade therefor.
- Documents concerning Becton's advertising, promotion, and marketing of itself and its MICROTAINER mark, and the channels of advertising therefor.
- Documents showing Becton's annual sales and advertising and promotional expenditures for goods offered under its MICROTAINER mark.
- Documents concerning the nature of customers for goods offered under Becton's MICROTAINER mark.
- Becton's enforcement of its rights in the MICROTAINER mark.

All of the above-identified documents are located at one or more of Becton's respective business locations or at the offices of its counsel, Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, New York 10017.

III. <u>Damages</u>

Becton shall seek the maximum monetary remedies permitted under 15 U.S.C. § 1117, namely:

- Becton's actual damages caused by Theranos's use of the NANOTAINER mark, including Becton's lost sales and lost profits, the decrease in the value of Becton's MICROTAINER mark, and the damage to Becton's goodwill and reputation;
- Becton's costs to undertake a corrective advertising campaign to undo the confusion caused by Theranos's infringing conduct;
- A reasonable royalty on Theranos's sales of products and services under its NANOTAINER mark;
- Theranos's profits that are attributable to its use of the NANOTAINER mark;
- Becton's reasonable attorneys' fees and costs; and
- Any other damages to which Becton is entitled.

Becton shall request that any award of actual damages be trebled under 15 U.S.C. § 1117. Becton also will seek pre-judgment interest on any monetary remedy that the Court awards.

Becton is not presently capable of computing any of the foregoing categories of damages because discovery is just getting underway and many of the documents necessary to compute Becton's damages are in the possession of Theranos. Moreover, expert testimony will be required to compute certain categories of Becton's damages.

IV. Insurance

Becton currently is unaware of any insurance agreement applicable to this case.

Becton has not concluded its investigation of the facts relating to this case and has not completed formal discovery or preparation for trial. Accordingly, information may exist that Becton does not yet have knowledge of or has not yet located, identified, or reviewed. All of the foregoing disclosures are therefore based on such information currently known or available to Becton after a reasonable inquiry pursuant to Fed. R. Civ. P. 26(a)(1)(E). Becton reserves the right to alter, amend, or supplement its disclosures herein pursuant to Fed. R. Civ. P. 26(e).

Dated: March 31, 2015

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
John P. Margiotta (admitted *pro hac vice*)
Emily Weiss (admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Tel:  (212) 813-5900
Fax:  (212) 813-5901
Email:  jmargiotta@fzlz.com
        eweiss@fzlz.com

Steven R. Blackburn (sblackburn@ebglaw.com)
Matthew A. Goodin (mgoodin@ebglaw.com)
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street
San Francisco, California 94111
Tel:  (415) 398-3500
Fax:  (415) 398-0955
Email:  sblackburn@ebglaw.com
        mgoodin@ebglaw.com

*Attorneys for Defendant and Counter-Plaintiff Becton, Dickinson and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2015, a true and correct copy of the foregoing **Defendant and Counter-Plaintiff Becton, Dickinson and Company's Amended Initial Disclosures** was served by e-mail and U.S. mail at the following addresses:

Jedediah Wakefield
Sean Wikner
Angel Chiang
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
E-mail: jwakefield@fenwick.com
         swikner@fenwick.com
         achiang@fenwick.com

Parker Bagley
Meredith Dearborn
BOIES, SCHILLER AND FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Email:  pbagley@bsfllp.com
        mdearborn@bsfllp.com

_____
John P. Margiotta

{F1657574.1}