IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERANOS INC.,

    Plaintiff,

v.

BECTON DICKINSON AND COMPANY,

    Defendant.

AND RELATED COUNTERCLAIM.

No. C 14-04880 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

    The Court sets a **TWO-HOUR MEET-AND-CONFER** in the Court's jury room in the federal courthouse in San Francisco from **8:30 TO 10:30 A.M. ON THURSDAY, APRIL 23, 2015**. At **10:30 A.M.**, the Court shall hold a hearing to resolve any remaining outstanding issue(s). Defendant's response is due by **APRIL 21 AT 5:00 P.M.** Please buzz chambers at **8:30 A.M. ON APRIL 23** to be let into the jury room. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: April 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE