IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERANOS INC.,

    Plaintiff,

v.

BECTON DICKINSON AND COMPANY,

    Defendant.

AND RELATED COUNTERCLAIM.

No. C 14-04880 WHA

**ORDER VACATING DISCOVERY HEARING AND REQUESTING STATUS STATEMENT**

    The undersigned judge's standing order states that requests for discovery relief must be summarized in a letter after the parties have met-and-conferred. This requirement can be met only through direct dialogue face-to-face or via telephone. Civil L.R. 1-5(n). Here, the parties dispute whether the parties met-and-conferred in a good faith effort to fully resolve their discovery dispute (*Compare* Dkt. No. 38 at 1 *with* Dkt. No. 40 at 1, 3). Accordingly, the April 23 meet-and-confer and hearing are hereby **VACATED**. By **APRIL 29**, the parties shall meet-and-confer in person in this district in a good faith effort to fully resolve their discovery dispute. The parties shall file a joint status statement by **APRIL 30 AT NOON** (appending declarations regarding how long they met-and-conferred, what agreements, if any, they reached, and what issues, if any, remain). The joint status statement shall not exceed five pages.

    **IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE