1  STEVEN R. BLACKBURN (State Bar No. 154797)
   sblackburn@ebglaw.com
2  MATTHEW A. GOODIN (State Bar No. 169674)
   mgoodin@ebglaw.com
3  EPSTEIN BECKER & GREEN, P.C.
   655 Montgomery Street
4  San Francisco, California 94111
   Tel:   (415) 398-3500
5  Fax:   (415) 398-0955

6
7  JOHN P. MARGIOTTA (admitted *pro hac vice*)
   jmargiotta@fzlz.com
   EMILY WEISS (admitted *pro hac vice*)
8  eweiss@fzlz.com
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
9  866 United Nations Plaza
   New York, New York 10017
10 Tel:   (212) 813-5900
   Fax:   (212) 813-5901
11
   Attorneys for Defendant and Counter-Plaintiff
12 BECTON, DICKINSON AND COMPANY

13
14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 17  THERANOS, INC., | |
| 18           Plaintiff, | Case No.: 3:14-cv-04880-WHA |
| 19     v. | **STIPULATION AND [PROPOSED ORDER] TO VACATE APRIL 21, 2015 ORDER** |
| 20  BECTON, DICKINSON AND COMPANY, | |
| 21           Defendant. | |
| 22 | |
| 23  BECTON, DICKINSON AND COMPANY, | Action Filed: November 3, 2014 |
|           Counter-Plaintiff, | |
| 24     v. | |
| 25  THERANOS, INC., | |
| 26           Counter-Defendant. | |
| 27 | |

28

{F1678914.4}

1    WHEREAS on April 16, 2015, Theranos, Inc. ("Theranos") filed a discovery letter brief requesting that the Court strike the damages portion of Becton, Dickinson and Company's ("BD") initial disclosures;

    WHEREAS, on April 21, 2015, BD submitted its response to Theranos's discovery letter brief;

    WHEREAS, on April 21, 2015, the Court issued an order that, among other things, directed the parties to meet and confer in person in the Northern District of California by April 29, 2015, and file a joint status statement by April 30, 2015;

    WHEREAS, the parties held a telephonic conference on April 22, 2015 in which they discussed Theranos's complaints with BD's amended initial disclosures;

    WHEREAS, BD submitted to counsel for Theranos a revised draft of its initial disclosures, on which the parties had further email correspondence and BD revised its draft accordingly;

    WHEREAS, BD has served on Theranos its second amended initial disclosures, to which Theranos has agreed to withdraw its previously stated objections in its April 16, 2015 letter brief, while reserving its substantive objections to BD's alleged claim for damages;

    THEREFORE, pursuant to Civil L.R. 7-12, the parties, by and through the undersigned counsel, hereby request by stipulation that the Court vacate its April 21 Order and relieve the parties from the requirement that they meet and confer in person in the Northern District of California and file a joint status report since the open issues with BD's initial disclosures have been resolved.

    IT IS SO STIPULATED.

Dated:   April 27, 2015            BOIES, SCHILLER & FLEXNER LLP


                                   By: /s/ Parker Bagley
                                       Parker Bagley (admitted *pro hac vice*)

                                       Attorneys for Plaintiff and Counter-Defendant
                                       THERANOS, INC.

{F1678914.4}                                  1
CASE NO. 3:14-CV-04880-WHA        STIPULATION AND [PROPOSED ORDER] TO VACATE APRIL 21, 2015 ORDER

| | |
|---|---|
| Dated: April 27, 2015 | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| | By: /s/ John P. Margiotta |
| | John P. Margiotta (admitted *pro hac vice*) |
| | Attorneys for Defendant and Counter-Plaintiff BECTON, DICKINSON AND COMPANY |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, John P. Margiotta, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER] TO VACATE APRIL 21, 2015 ORDER. In compliance with Civil L.R. 5-1, I hereby attest that the other signatory whose e-signature appears above has concurred with this filing.

| | |
|---|---|
| Dated: April 27, 2015 | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| | By: /s/ John P. Mariotta |
| | John P. Margiotta (admitted *pro hac vice*) |
| | Attorneys for Defendant and Counter-Claimant BECTON, DICKINSON AND COMPANY |

{F1678914.4}

2

CASE NO. 3:14-CV-04880-WHA    STIPULATION AND [PROPOSED ORDER] TO VACATE APRIL 21, 2015 ORDER