UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC., <br> Plaintiff, <br> v. <br> BECTON, DICKINSON AND COMPANY, <br> Defendant. | Case No.: 3:14-cv-04880-WHA |
| BECTON, DICKINSON AND COMPANY, <br> Counter-Plaintiff, <br> v. <br> THERANOS, INC., <br> Counter-Defendant. | Action Filed: November 3, 2014 |

### **[PROPOSED] ORDER**

The Court, having considered the parties' stipulation and good cause appearing, hereby vacates its April 21, 2015 Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2015      By: _____
William H. Alsup
United States District Judge
Northern District of California

{F1679675.1 }