IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERANOS INC.,

    Plaintiff,

v.

BECTON DICKINSON AND COMPANY,

    Defendant.
    /

AND RELATED COUNTERCLAIM.
    /

No. C 14-04880 WHA

**ORDER RE STIPULATION RE APRIL 21 ORDER**

An April 21 order required the parties to meet-and-confer in person in this district in a good faith effort to fully resolve their discovery dispute (Dkt. No. 41). On April 27, the parties filed a stipulation to vacate the April 21 order because "the open issues with [Becton Dickinson and Company's] disclosures have been resolved" (Dkt. No. 42). Accordingly, the parties seek to be relieved from the order to meet-and-confer in person and to file a joint status statement by April 30.

This order hereby **RELIEVES** the parties of the requirement to meet-and-confer in person regarding the letter, dated April 16, 2015, and the requirement to file a joint status statement by April 30. Going forward, please remember that both sides must meet-and-confer in person or telephonically in a good faith effort to resolve the discovery dispute before filing a three-page discovery letter. The discovery letter, dated April 16, 2015, is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: April 28, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE