IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERANOS INC., <br><br>    Plaintiff, <br><br> v. <br><br> BECTON DICKINSON AND COMPANY, <br><br>    Defendant. <br> ─────────────────────────── / <br> AND RELATED COUNTERCLAIM. <br> ─────────────────────────── / | No. C 14-04880 WHA <br><br> **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

    The *pro hac vice* application of Attorney David Donahue is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, specifying such bar." Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "New York" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: April 29, 2015.

                                                 WILLIAM ALSUP <br>
                                                 UNITED STATES DISTRICT JUDGE