Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERANOS, INC.

Plaintiff(s),

v.

BECTON, DICKINSON AND COMPANY

Defendant(s).

Case No: 3:14-cv-04880-MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David Donahue, an active member in good standing of the bar of U.S. District Court, Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant\Counter-Plaintiff in the above-entitled action. My local co-counsel in this case is Matthew A. Goodin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fross Zelnick Lehrman & Zissu, P.C.<br>866 United Nations Plaza<br>New York, NY 10017 | Epstein Becker & Green, P.C.<br>655 Montgomery Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 813-5900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 398-3500 |
| MY EMAIL ADDRESS OF RECORD:<br>ddonahue@fzlz.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mgoodin@ebglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DD5808.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/12/15

David Donahue
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David Donahue is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **DAVID DONAHUE**     </u>, Bar # <u>     **DD5808**     </u>

was duly admitted to practice in this Court on

<u>     **OCTOBER 04th, 2002**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
<u>New York, New York</u>   on   <u>     **MAY 01st, 2015**     </u>

<u>Ruby J. Krajick</u>       by  <u> D.C. (signature) </u>
Clerk                              Deputy Clerk