Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERANOS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY<br><br>Defendant(s). | Case No: 3:14-cv-04880-MEJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, David Donahue, an active member in good standing of the bar of U.S. District Court, Southern District of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant\Counter-Plaintiff in the above-entitled action. My local co-counsel in this case is Matthew A. Goodin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fross Zelnick Lehrman & Zissu, P.C.<br>866 United Nations Plaza<br>New York, NY 10017 | Epstein Becker & Green, P.C.<br>655 Montgomery Street<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 813-5900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 398-3500 |
| MY EMAIL ADDRESS OF RECORD:<br>ddonahue@fzlz.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mgoodin@ebglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DD5808.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/12/15

David Donahue
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David Donahue is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 13, 2015.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE