JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
ANGEL CHIANG (CSB No. 280546)
achiang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*admitted pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: 914.749.8200
Facsimile: 914.749.8300
dboies@bsfllp.com

DAVID L. ZIFKIN (SBN No. 232845)
EDWARD H. TAKASHIMA (SBN No. 270945)
401 Wilshire Blvd Ste 850
Santa Monica, CA 90401
Telephone:    310-752-2411
Facsimile:    310-752-2490
dzifkin@bsfllp.com
etakashima@bsfllp.com

MEREDITH R. DEARBORN (SBN No. 268312)
SHIRA LIU (SBN No. 274158)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: 510.874.1000
Facsimile: 510.874.1460
mdearborn@bsfllp.com
sliu@bsfllp.com

*Attorneys for Plaintiff Theranos, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERANOS, INC., | Case No. 3:14-cv-04880-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF ATTORNEY SHIRA LIU** |
| v. | |
| BECTON DICKINSON AND COMPANY, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Shira Liu, California Bar No. 274158 (sliu@bsfllp.com) of Boies, Schiller & Flexner LLP, hereby enters her appearance in the above-captioned matter as counsel for Plaintiff Theranos, Inc.

Dated: August 13, 2015

BOIES, SCHILLER & FLEXNER LLP

By:   */s/ Shira Liu* _____
       Shira Liu

*Attorney for Plaintiff*
THERANOS, INC.