| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
| | jwakefield@fenwick.com |
| 2 | SEAN S. WIKNER (CSB No. 268319) |
| | swikner@fenwick.com |
| 3 | ANGEL CHIANG (CSB No. 280546) |
| 4 | achiang@fenwick.com |
| | FENWICK & WEST LLP |
| 5 | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| 6 | Telephone: 415.875.2300 |
| 7 | Facsimile: 415.281.1350 |

1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  SEAN S. WIKNER (CSB No. 268319)
   swikner@fenwick.com
3  ANGEL CHIANG (CSB No. 280546)
4  achiang@fenwick.com
   FENWICK & WEST LLP
5  555 California Street, 12th Floor
   San Francisco, CA 94104
6  Telephone: 415.875.2300
7  Facsimile: 415.281.1350

8  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*admitted pro hac vice*)
9  333 Main Street
   Armonk, NY 10504
10 Telephone: 914.749.8200
   Facsimile: 914.749.8300
11 dboies@bsfllp.com

12 DAVID L. ZIFKIN (SBN No. 232845)
   EDWARD H. TAKASHIMA (SBN No. 270945)
13 401 Wilshire Blvd Ste 850
14 Santa Monica, CA 90401
   Telephone:    310-752-2411
15 Facsimile:    310-752-2490
   dzifkin@bsfllp.com
16 etakashima@bsfllp.com

17 MEREDITH R. DEARBORN (SBN No. 268312)
   SHIRA LIU (SBN No. 274158)
18 1999 Harrison Street, Suite 900
19 Oakland, CA 94612
   Telephone: 510.874.1000
20 Facsimile: 510.874.1460
   mdearborn@bsfllp.com
21 sliu@bsfllp.com

22 *Attorneys for Plaintiff Theranos, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERANOS, INC., | Case No. 3:14-cv-04880-WHA |
| Plaintiff, | **NOTICE OF APPEARANCE OF ATTORNEY EDWARD H. TAKASHIMA** |
| v. | |
| BECTON DICKINSON AND COMPANY, | |
| Defendant. | |

BOIES, SCHILLER & FLEXNER LLP
SANTA MONICA, CALIFORNIA

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Edward H. Takashima, California Bar No. 270945 (etakashima@bsfllp.com) of Boies, Schiller & Flexner LLP, hereby enters his appearance in the above-captioned matter as counsel for Plaintiff Theranos, Inc.

Dated: August 13, 2015                    BOIES, SCHILLER & FLEXNER LLP

By:   */s/ Edward H. Takashima*
        Edward H. Takashima

*Attorney for Plaintiff*
THERANOS, INC.