BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*admitted pro hac vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone:    914.749.8200
Facsimile:    914.749.8300

DAVID L. ZIFKIN (SBN No. 232845)
dzifkin@bsfllp.com
EDWARD H. TAKASHIMA (SBN No. 270945)
etakashima@bsfllp.com.
SHIRA R. LIU (SBN No. 274158)
sliu@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone:    310.752.2400
Facsimile:    310.752.2490

MEREDITH R. DEARBORN (CSB No. 268312)
mdearborn@bsfllp.com
1999 Harrison Street
Suite 900
Oakland, CA 94612
Telephone:    510.874.1000
Facsimile:    510.874.1460

(Additional counsel listed below)

Attorneys for Plaintiff THERANOS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERANOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECTON DICKINSON AND COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 3:14-cv-04880-WHA <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE

Case No. 3:14-cv-04880-WHA

1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  SEAN S. WIKNER (CSB No. 268319)
   swikner@fenwick.com
3  ANGEL CHIANG (CSB No. 280546)
   achiang@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER
   MODIFYING CASE SCHEDULE                                              Case No. 3:14-cv-04880-WHA

Plaintiff Theranos, Inc. ("Theranos") and Defendant Becton, Dickinson and Company ("BD"), by and through their counsel of record, stipulate as follows:

WHEREAS, the Court's March 13, 2015 Case Management Order (Dkt. No. 33) sets forth the current case schedule;

WHEREAS, the parties had not been able to agree on a protective order until recently, which delayed the progress of discovery;

WHEREAS, both parties intend to conduct surveys, which require additional discovery and time to conduct;

WHEREAS, Theranos recently brought on a new General Counsel, who required a reasonable period of time to become familiar with this action;

WHEREAS, at the outset of discovery in this case, the parties concentrated their efforts on mediation, in an attempt to settle this case in its early stages and to avoid burdening the Court, and the course of that mediation was delayed in part by the mediator's medical issues;

WHEREAS, the parties have met and conferred, and agree that a modest extension of the schedule would facilitate the efficient and orderly progress of this case, and allow the parties additional time to attempt to resolve any discovery disputes without motion practice; and

WHEREAS, there have been no previous requests by the parties to modify the calendar in this case;

THEREFORE, THE PARTIES JOINTLY STIPULATE AND AGREE to the following case schedule:

| Case Event | Current Date | Stipulated Date |
|---|---|---|
| Last Date to Serve List of Issues on Which Parties Will Offer Expert Testimony in Case-in-Chief | October 2, 2015 | November 16, 2015 |
| Fact Discovery Cutoff | October 30, 2015 | December 14, 2015 |
| Opening Expert Reports Due | October 30, 2015 | December 30, 2015 |

| | | |
|---|---|---|
| Opposition Expert Reports Due | November 13, 2015 | January 20, 2016 |
| Reply Expert Reports Due | November 20, 2015 | January 27, 2016 |
| Expert Discovery Cutoff | December 4, 2015 | February 3, 2016 |
| Last Date to File Dispositive Motions | December 3, 2015 | February 4, 2016 |
| Last Date to Hear Dispositive Motions | January 7, 2016 | March 10, 2016 |
| Final Pretrial Conference | February 3, 2016, at 2:00 P.M. | April 6, 2016, at 2:00 P.M. |
| Trial | February 8, 2016, at 7:30 A.M. | April 11, 2016, at 7:30 A.M. |

**IT IS SO STIPULATED.**

Dated:   September 2, 2015          BOIES, SCHILLER & FLEXNER LLP


By:  /s/       David L. Zifkin

DAVID BOIES (*admitted pro hac vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: 914.749.8200
Facsimile: 914.749.8300

DAVID L. ZIFKIN (SBN No. 232845)
dzifkin@bsfllp.com
EDWARD H. TAKASHIMA (SBN No. 270945)
etakashima@bsfllp.com.
SHIRA R. LIU (SBN No. 274158)
sliu@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.752.2400
Facsimile: 310.752.2490

MEREDITH R. DEARBORN (SBN No. 268312)
mdearborn@bsfllp.com
1999 Harrison Street
Suite 900
Oakland, CA 94612
Telephone:510.874.1000
Facsimile: 510.874.1460

STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE

Case No. 3:14-cv-04880-WHA

2

```
                                Jedediah Wakefield
                                Sean S. Wikner
                                Angel Chiang
                                FENWICK & WEST LLP
                                555 California Street, 12th Floor
                                San Francisco, CA  94104
                                Telephone: 415.875.2300
                                Facsimile: 415.281.1350

                                Attorneys for Plaintiff THERANOS, INC.


                                FROSS ZELNICK LEHRMAN & ZISSU, P.C.



                          By:  /s/    John P. Margiotta
                                John P. Margiotta (admitted pro hac vice)
                                jmargiotta@fzlz.com
                                David Donahue (admitted pro hac vice)
                                ddonahue@fzlz.com
                                Emily Weiss
                                eweiss@fzlz.com
                                FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                                866 United Nations Plaza
                                New York, New York 10017
                                Telephone: 212.813.5900
                                Facsimile: 212.813.5901

                                Attorneys for Defendant and Counter-Plaintiff
                                BECTON DICKINSON AND COMPANY
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____     _____
                                   Hon. William H. Alsup
                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE                                Case No. 3:14-cv-04880-WHA

# ATTESTATION OF FILER

Pursuant to Civil L.R. 5-1(i)(3), I, David L. Zifkin, attest that I obtained John P. Margiotta's concurrence to file this document on his behalf.

Dated: September 2, 2015

By: /s/   David L. Zifkin
    David L. Zifkin

BOIES, SCHILLER & FLEXNER LLP

*Attorneys for Plaintiff*
THERANOS INC.

STIPULATION AND [PROPOSED] ORDER
MODIFYING CASE SCHEDULE

Case No. 3:14-cv-04880-WHA