1  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (*admitted pro hac vice*)
2  dboies@bsfllp.com
   333 Main Street
3  Armonk, NY 10504
   Telephone:   914.749.8200
4  Facsimile:    914.749.8300

5  DAVID L. ZIFKIN (SBN No. 232845)
   dzifkin@bsfllp.com
6  EDWARD H. TAKASHIMA (SBN No. 270945)
   etakashima@bsfllp.com.
7  SHIRA R. LIU (SBN No. 274158)
   sliu@bsfllp.com
8  401 Wilshire Boulevard, Suite 850
   Santa Monica, CA 90401
9  Telephone:   310.752.2400
   Facsimile:    310.752.2490

10
   MEREDITH R. DEARBORN (CSB No. 268312)
11 mdearborn@bsfllp.com
   1999 Harrison Street
12 Suite 900
   Oakland, CA 94612
13 Telephone:   510.874.1000
   Facsimile:    510.874.1460
14
   (Additional counsel listed below)
15
   Attorneys for Plaintiff THERANOS, INC.
16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                         **SAN FRANCISCO DIVISION**

20

21 | THERANOS, INC., | Case No.: 3:14-cv-04880-WHA |

22 |        Plaintiff, | **DECLARATION OF DAVID L. ZIFKIN IN SUPPORT OF THE STIPULATION MODIFYING CASE SCHEDULE** |

23 |    v. |

24 | BECTON DICKINSON AND COMPANY, |

25 |        Defendant. |

26 | AND RELATED COUNTERCLAIMS. |

27

28 DECLARATION OF DAVID L. ZIFKIN                                Case No. 3:14-cv-04880-WHA

1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  SEAN S. WIKNER (CSB No. 268319)
   swikner@fenwick.com
3  ANGEL CHIANG (CSB No. 280546)
   achiang@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID L. ZIFKIN                                Case No. 3:14-cv-04880-WHA

I, David L. Zifkin, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for Plaintiff Theranos, Inc. ("Theranos") in this matter. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of the Stipulation Modifying Case Schedule.

3. The Court entered a Case Management Order on March 13, 2015 (Dkt. No. 33).

4. Until this past Friday, August 28, 2015, the parties were unable to agree on a protective order. That extended disagreement delayed the progress of discovery. However, it has since been resolved. The parties filed a stipulated protective order on August 31, 2015, and the Court approved that stipulated protective order, subject to certain conditions, on the same day.

5. Theranos intends to conduct at least one survey, and it is my understanding that Defendant Becton Dickinson and Company ("BD") also intends to conduct at least one survey. Based on my past experience and the meet and confer with opposing counsel regarding the stipulation concurrently filed herewith, I believe that the surveys in this action require additional discovery and time to conduct than allowed for under the present schedule.

6. In addition, Theranos recently brought on a new General Counsel, who required a reasonable period of time to become familiar with this action.

7. Finally, after speaking with my colleagues who have been litigating this case since its inception, my understanding is that at the outset of this case, the parties concentrated their efforts on mediation in an attempt to settle this case in its early stages and to avoid burdening the Court. Although the parties are cognizant of Paragraph 14 of the Case Management Order, they would like the Court to be aware that after the parties held a mediation session on June 8, 2015, they asked the mediator to prepare a mediator's proposal. The parties did not receive that proposal until July 20, 2015. The parties' understanding is that the mediator was delayed by medical issues.

DECLARATION OF DAVID L. ZIFKIN

Case No. 3:14-cv-04880-WHA

1  8. There have been no previous requests by the parties to modify the calendar in this
2  case.
3  9. The parties have met and conferred, and agree that a modest extension of the
4  schedule would facilitate the efficient and orderly progress of this case.
5  10. Specifically, a modest extension of the fact discovery deadline will allow the
6  parties to fully develop their cases, including information they will want to provide to their survey
7  experts. An extension of the fact discovery cutoff will also give the parties additional
8  opportunities to resolve any discovery disputes without motion practice.
9  11. A moderate extension of the expert discovery deadlines will allow both parties to
10 fully respond to each other's expert reports, and otherwise prepare this case for dispositive
11 motions and trial.
12 12. John P. Margiotta, counsel for BD, has confirmed that BD joins in this request.
13    I declare under penalty of perjury under the laws of the United States of America that the
14 foregoing is true and correct.

    Executed September 2, 2015 at Palo Alto, California

Dated:                          BOIES, SCHILLER & FLEXNER LLP


                                By: /s/      David L. Zifkin
                                    DAVID L. ZIFKIN (SBN No. 232845)