IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERANOS, INC.,

    Plaintiff,

v.

BECTON DICKINSON AND COMPANY,

    Defendant.

No. C 14-04880 WHA

**ORDER DENYING STIPULATED REQUEST FOR EXTENSION**

    The parties have filed a joint stipulation seeking extensions of six to eight weeks on all deadlines in this case. The reasons offered are that the parties were delayed in conducting discovery because they could not agree on a protective order, their early mediation efforts were delayed in part by the selected mediator's medical issues, and plaintiff brought on a new general counsel. None of these is persuasive. The scheduling order in this case gave the parties more time for discovery than they asked for in their joint case management statement, and in particular, it is their own fault they wasted time on protective order disputes. Accordingly, the parties' request for an extension is **DENIED**. All deadlines remain in place.

**IT IS SO ORDERED.**

Dated: September 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE