BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*admitted pro hac vice*)
dboies@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone:   914.749.8200
Facsimile:    914.749.8300

DAVID L. ZIFKIN (SBN 232845)
dzifkin@bsfllp.com
EDWARD H. TAKASHIMA (SBN 270945)
etakashima@bsfllp.com.
SHIRA R. LIU (SBN 274158)
sliu@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone:   310.752.2400
Facsimile:    310.752.2490

MEREDITH R. DEARBORN (SBN 268312)
mdearborn@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:   510.874.1000
Facsimile:    510.874.1460

(Additional counsel listed below)

Attorneys for Plaintiff THERANOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BECTON DICKINSON AND COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 3:14-cv-04880-WHA <br><br> **JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  JEDEDIAH WAKEFIELD (SBN 178058)
   jwakefield@fenwick.com
2  SEAN S. WIKNER (SBN 268319)
   swikner@fenwick.com
3  ANGEL CHIANG (SBN 280546)
   achiang@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE                                    Case No. 3:14-cv-04880-WHA

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)
2  and (c), Plaintiff Theranos, Inc. and Defendant Becton, Dickinson and Company, by and through
3  their counsel of record, voluntarily dismiss, without prejudice, their claims and counter-claims
4  against each other in this action.  Each party shall bear its own fees and costs.

6  Dated:   September 28, 2015          BOIES, SCHILLER & FLEXNER LLP

8                                         By: /s/        David L. Zifkin

9                                             DAVID BOIES (*admitted pro hac vice*)
                                               dboies@bsfllp.com
10                                             333 Main Street
                                               Armonk, NY 10504
11                                             Telephone: 914.749.8200
                                               Facsimile: 914.749.8300

13                                             DAVID L. ZIFKIN (SBN No. 232845)
                                               dzifkin@bsfllp.com
                                               EDWARD H. TAKASHIMA (SBN No. 270945)
14                                             etakashima@bsfllp.com.
                                               SHIRA R. LIU (SBN No. 274158)
15                                             sliu@bsfllp.com
                                               401 Wilshire Boulevard, Suite 850
16                                             Santa Monica, CA 90401
                                               Telephone: 310.752.2400
17                                             Facsimile: 310.752.2490

18                                             MEREDITH R. DEARBORN (SBN No. 268312)
                                               mdearborn@bsfllp.com
19                                             1999 Harrison Street
                                               Suite 900
20                                             Oakland, CA 94612
                                               Telephone:510.874.1000
21                                             Facsimile: 510.874.1460

22                                             Jedediah Wakefield
                                               Sean S. Wikner
23                                             Angel Chiang
                                               FENWICK & WEST LLP
24                                             555 California Street, 12th Floor
                                               San Francisco, CA  94104
25                                             Telephone: 415.875.2300
                                               Facsimile: 415.281.1350

27                                             Attorneys for Plaintiff THERANOS, INC.

1  FROSS ZELNICK LEHRMAN & ZISSU, P.C.

2

3  By: */s/   John P. Margiotta*
John P. Margiotta (admitted *pro hac vice*)
4  jmargiotta@fzlz.com
David Donahue (admitted *pro hac vice*)
5  ddonahue@fzlz.com
Emily Weiss
6  eweiss@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
7  866 United Nations Plaza
New York, New York 10017
8  Telephone: 212.813.5900
Facsimile: 212.813.5901
9
Attorneys for Defendant and Counter-Plaintiff
10  BECTON DICKINSON AND COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), I, David L. Zifkin, attest that I obtained John P. Margiotta's concurrence to file this document on his behalf.

Dated:  September 28, 2015         By:  /s/     *David L. Zifkin*
                                            David L. Zifkin

                                       BOIES, SCHILLER & FLEXNER LLP

                                       *Attorneys for Plaintiff*
                                       THERANOS INC.